Query  Reports  Utilities  Help  **What's New**  Log Out

Baughman,Termed

3:25-mj-00083

U.S. District Court
**NORTHERN DISTRICT OF OHIO (Cleveland)**
**CRIMINAL DOCKET FOR CASE #: 1:20-cr-00685-BYP-1**

Case title: USA v. Elliott

Date Filed: 10/22/2020

Date Terminated: 06/29/2022

Assigned to: Judge Benita Y. Pearson

Appeals court case number: 22-3662 6th Circuit

**Defendant (1)**

| | | |
|---|---|---|
| **Laroscoe Elliott** *TERMINATED: 06/29/2022* | represented by | **Laroscoe Elliott** #27467-509 USP - Canaan P.O. Box 300 Waymart, PA 18472 Email: PRO SE |

**Andrew Byrd**
Office of the Federal Public Defender - Cleveland
750 Skylight Office Tower
1660 West Second Street
Cleveland, OH 44113
216-522-4856
Fax: 216-522-4321
Email: andrew_byrd@fd.org
*TERMINATED: 01/29/2024*
*Designation: Public Defender or Community Defender Appointment*
*Bar Status: Govt*

**Charles E. Fleming_FPD**
Former Assistant Federal Public Defender
Email: christine_sason@fd.org
*TERMINATED: 01/28/2021*
*Designation: Public Defender or Community Defender Appointment*
*Bar Status: Active Active*

**Darin Thompson**
Office of the Federal Public Defender - Cleveland

750 Skylight Office Tower
1660 West Second Street
Cleveland, OH 44113
216-522-4856
Fax: 216-522-4321
Email: darin_thompson@fd.org
*TERMINATED: 07/13/2022*
*Designation: Public Defender or Community Defender Appointment*
*Bar Status: Active*

**Khalida A. Sims Jackson_FPD**
Former Assistant Federal Public Defender
216-522-4856
Fax: 216-522-4321
Email: christine_sason@fd.org
*TERMINATED: 07/13/2022*
*Designation: Public Defender or Community Defender Appointment*
*Bar Status: Govt*

**Richard P. Kutuchief**
3351 Cormany Road
Coventry Township, OH 44319
330-762-1134
Email: justuse@aol.com
*TERMINATED: 01/29/2024*
*Designation: CJA Appointment*
*Bar Status: Active*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:922(g)(1) and 924(a)(2) Felon in Possession of Firearm and Ammunition (1-2) | Defendant sentenced to the custody of the Bureau of Prisons for a term of 60 months as each of Counts 1 and 2 of the Indictment, each such term to be served concurrently. Upon release, Defendant shall serve a 3-year term of supervised release as to each of Counts 1 and 2 of the Indictment, each such term to be served concurrently, with standard and special conditions of supervision imposed. The Court waives the fine in this case. Defendant shall pay a $200.00 special assessment as to Counts 1 and 2 of the Indictment, which is due immediately. |

**Highest Offense Level (Opening)**
Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

**Complaints**                                           **Disposition**

None

---

**Plaintiff**

**United States of America**                   represented by   **Adam J. Joines**
Office of the U.S. Attorney - Cleveland
Northern District of Ohio
Ste. 400
801 Superior Avenue, W
Cleveland, OH 44113
216-622-3929
Email: adam.joines@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**David M. Toepfer**
Office of the U.S. Attorney - Youngstown
Northern District of Ohio
325 City Centre One
100 East Federal Plaza
Youngstown, OH 44503
330-740-6986
Fax: 330-746-0239
Email: david.toepfer@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Bar Status: Govt*

**James L. Morford**
Office of the U.S. Attorney - Cleveland
Northern District of Ohio
Ste. 400
801 Superior Avenue, W
Cleveland, OH 44113
216-622-3743
Fax: 216-522-8355
Email: james.morford@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**John C. Hanley**
Office of the U.S. Attorney - Cleveland
Northern District of Ohio
Ste. 400
801 Superior Avenue, W

Cleveland, OH 44113
216-622-3807
Fax: 216-522-8355
Email: vasile.katsaros@usdoj.gov
*TERMINATED: 05/17/2021*
*Designation: Retained*
*Bar Status: Govt*

[Email All Attorneys]
[Email All Attorneys and Additional Recipients]

| Date Filed | # | Docket Text |
|---|---|---|
| 10/22/2020 | 1 | **UNSEALED INDICTMENT** filed by USA as to Laroscoe Elliott (1) count(s) 1-2. (Attachments: # 1 Designation Form and Signature Page) (L,MI) (Entered: 10/23/2020) |
| 10/22/2020 | | Random Assignment of Magistrate Judge pursuant to Local Criminal Rule 57.9. In the event of a referral, case will be assigned to Magistrate Judge William H. Baughman, Jr. (L,MI) (Entered: 10/23/2020) |
| 10/22/2020 | 3 | **Motion** to Seal Indictment filed by United States of America as to Laroscoe Elliott (1). (L,MI) (Entered: 10/23/2020) |
| 10/22/2020 | 4 | **Order** granting the government's 3 Motion to Seal Indictment until the arrest of Defendant Laroscoe Elliott (1) Magistrate Judge Jonathan D. Greenberg on 10/22/2020. (L,MI) (Entered: 10/23/2020) |
| 01/27/2021 | | Indictment Unsealed as to Laroscoe Elliott (1) Per chambers request. (L,MI) (Entered: 01/27/2021) |
| 01/27/2021 | | **Order** [non-document] Appointing Federal Public Defender Charles E. Fleming for Laroscoe Elliott. The Federal Public Defender is reminded of counsel's obligation to report significant changes in defendant's employment or financial circumstances sufficient to enable defendant to pay, in whole or in part, for legal representation. CJA Plan, Part IV (D)(2). Magistrate Judge Thomas M. Parker on 1/27/2021. (D,JJ) (Entered: 01/27/2021) |
| 01/27/2021 | | **Minutes of proceedings** [non-document] before Magistrate Judge Thomas M. Parker. Initial Appearance/Arraignment as to Laroscoe Elliott (1) held on 1/27/2021. All parties appeared and consented to participating via video conference. John Hanley present as counsel for the government; Charles Fleming of the Federal Public Defender's Office present and appointed as counsel for the defendant. Government advised of obligations pursuant to the Due Process Protections Act. Defendant waived reading of the indictment and entered a plea of not guilty as to Counts 1-2 of the indictment. Government moved for detention; oral motion for detention granted on a temporary basis. Detention Hearing set for 2/3/2021 at 12:30 PM to be held by video conference (Cleveland) before Magistrate Judge William H. Baughman Jr. The pretrial and trial dates will be set by Judge Benita Y. Pearson and counsel will be notified. Defendant remanded to the custody of the U.S. Marshal pending further proceedings. (Court Reporter/ECRO: B. Laster. Pretrial: A. Garth. Time: 15 minutes). (D,JJ) (Entered: 01/27/2021) |
| 01/27/2021 | 6 | **Order** regarding use of video conference/teleconferencing as to Laroscoe Elliott (1). Magistrate Judge Thomas M. Parker on 1/27/2021. (D,JJ) (Entered: 01/27/2021) |
| 01/27/2021 | 7 | **Order** as to Laroscoe Elliott (1). Pursuant to the Due Process Protections Act, the Court reminds the government of its obligations under Brady v. Maryland, 373 U.S. 83 (1963), to disclose evidence favorable to the defendant and material to the defendant's guilt or punishment. The government is ordered to comply with Brady and its progeny. The failure to do so in a timely manner may result in consequences, including dismissal of the |

| | | |
|---|---|---|
| | | indictment or information, exclusion of government evidence or witnesses, adverse jury instructions, dismissal of charges, contempt proceedings, sanctions by the Court or any other remedy that is just under the circumstances. Magistrate Judge Thomas M. Parker on 1/27/2021. (D,JJ) (Entered: 01/27/2021) |
| 01/27/2021 | 8 | **Order** of Temporary Detention Pending Hearing as to Laroscoe Elliott (1). Detention Hearing set for 2/3/2021 at 12:30 PM to be held by video conference (Cleveland) before Magistrate Judge William H. Baughman Jr. Signed by Magistrate Judge Thomas M. Parker on 1/27/2021. (D,JJ) (Entered: 01/27/2021) |
| 01/28/2021 | 9 | Notice of Appearance of Attorney - Darin Thompson appearing for Laroscoe Elliott (1) *replacing attorney Charles Fleming* (Thompson, Darin) (Entered: 01/28/2021) |
| 01/28/2021 | 10 | Notice of Discovery Request as to Laroscoe Elliott (1) (Attachments: # 1 Exhibit A Discovery Request, # 2 Exhibit B Guideline Calculation Request)(Thompson, Darin) (Entered: 01/28/2021) |
| 01/28/2021 | 11 | Notice of Appearance of Attorney - Khalida A. Sims appearing for Laroscoe Elliott (1) *as Co-Counsel* (Sims, Khalida) (Entered: 01/28/2021) |
| 02/01/2021 | 13 | **Criminal Pretrial and Trial Order** as to Defendant Laroscoe Elliott. Discovery shall be completed no later than 21 days before the Final Pretrial Conference. On the discovery cutoff date, counsel shall notify the Court in writing of any failure to provide discovery material. Pretrial motions shall be filed no later than 14 days before the Final Pretrial Conference. Each motion shall explicitly state the foundation for it, pursuant to Local Criminal Rule 12.1. Responses to pretrial motions shall be filed no later than 7 days before the Final Pretrial Conference. The Court shall conduct a Final Pretrial Conference on 3/23/2021 at 3:00 p.m. Other pretrial hearings will be scheduled as needed. Trial of this matter shall begin on 4/5/2021 at 9:00 a.m. Counsel should appear at least 30 minutes before trial time. *See* Order for additional information and requirements. Judge Benita Y. Pearson on 2/1/2021. (JLG) (Entered: 02/01/2021) |
| 02/03/2021 | | **IMPORTANT:** Notice [non-document] as to Laroscoe Elliott (1). Detention Hearing set for 2/3/2021 12:30 PM to be held by video conference (Cleveland) before Magistrate Judge Carmen E. Henderson. (Note: This is a change in Magistrate Judge Conducting hearing only) (D,Ky) (Entered: 02/03/2021) |
| 02/03/2021 | | **Minutes of proceedings** [non-document] before Magistrate Judge Carmen E. Henderson. Video Detention Hearing as to Laroscoe Elliott (1) held on 2/3/2021. AUSA Scott Zarzycki present on behalf of the government. Assistant Federal Public Defenders Darin Thompson and Khalida Sims present on behalf of the defendant. Defendant consented on the record to the hearing being conducted via video. No witnesses called. Proffers and arguments presented by both sides. The government's motion for detention granted. Defendant was ordered detained. Order of Detention to follow. Defendant remanded to the custody of the U.S. Marshal. (Court Reporter ECRO - Linda Rhein; Pretrial Officers Alonda Garth/Julie Gray) Time: 20 minutes (W,K) (Entered: 02/03/2021) |
| 02/03/2021 | 14 | **Order of Detention** as to Laroscoe Elliott (1). Magistrate Judge Carmen E. Henderson on 2/3/2021. (W,K) (Entered: 02/03/2021) |
| 03/09/2021 | 15 | Unopposed **Motion** to continue Trial and all dates and deadlines in the Trial Order by Laroscoe Elliott (1). (Attachments: # 1 Waiver of Speedy Trial Rights)(Thompson, Darin) (Entered: 03/09/2021) |
| 03/18/2021 | 16 | **Order** to Continue - Ends of Justice as to Defendant Laroscoe Elliott. For the reasons set forth herein, Defendant's Unopposed Motion to Continue Trial and All Dates and Deadlines in the Trial Order, ECF No. 15 , is granted. As the Court is unable to accommodate the proposed dates for rescheduling, the Final Pretrial Conference is reset for |

| | | |
|---|---|---|
| | | 7/22/2021 at 10:30 a.m. and Trial is reset for 8/2/2021 at 9:00 a.m. The Criminal Pretrial and Trial Order previously issued, ECF No. 13 , remains in effect in all other respects. All new due dates shall be calculated by counsel so that the parties comply with the time frames set by the Criminal Pretrial and Trial Order, unless otherwise ordered, in addition to all other obligations imposed by that Order. Judge Benita Y. Pearson on 3/18/2021. (JLG) (Entered: 03/18/2021) |
| 05/07/2021 | 17 | Arrest Warrant Returned Executed on 1/27/21 in case as to Laroscoe Elliott (1). (T,A) (Entered: 05/07/2021) |
| 05/17/2021 | 18 | Notice of Substitution of Attorney. John C. Hanley removed from case, Adam J. Joines appearing for USA.(Joines, Adam) (Entered: 05/17/2021) |
| 07/14/2021 | | **IMPORTANT:** Notice [non-document] as to Defendant Laroscoe Elliott. The Final Pretrial Conference set for 7/22/2021 at 10:30 a.m. is converted to a Change of Plea Hearing to be held by video conference (Youngstown) before Judge Benita Y. Pearson. (JLG) (Entered: 07/14/2021) |
| 07/15/2021 | 20 | **Order** as to Defendant Laroscoe Elliott. For the reasons set forth herein, the felony plea set for 7/22/2021 at 10:30 a.m. shall be conducted *via* Zoomgov.com. The Zoomgov.com Meeting details have been distributed to counsel and the facility where Defendant is being detained. Defendant shall participate in the felony plea *via* Zoomgov.com from that facility. Judge Benita Y. Pearson on 7/15/2021. (JLG) (Entered: 07/15/2021) |
| 07/15/2021 | 21 | **Proposed Waiver and Consent** to Video Conferencing or Teleconferencing at felony plea for Defendant Laroscoe Elliott's approval. The approved Waiver and Consent must be filed on the docket not less than 3 business days before the hearing. (JLG) (Entered: 07/15/2021) |
| 07/19/2021 | 22 | Notice *of Waiver and Consent to Attend Plea Hearing Via Video Conferencing* as to Laroscoe Elliott (1) (Thompson, Darin) (Entered: 07/19/2021) |
| 07/22/2021 | | **Minutes of proceedings** [non-document] before Judge Benita Y. Pearson. Change of Plea Hearing as to Defendant Laroscoe Elliott held on 7/22/2021 *via* Zoomgov.com. Defendant Laroscoe Elliott was present and represented by Assistant Federal Public Defender Darin Thompson; and Assistant U.S. Attorney Adam J. Joines was present on behalf of the Government. Defendant consented to proceeding electronically. The Court conducted a colloquy, and Defendant entered pleas of guilty to Counts 1 and 2 of the Indictment, without a plea agreement. Defendant referred to the Office of U.S. Pretrial Services and Probation for preparation of a Presentence Investigation Report. Sentencing is set before Judge Benita Y. Pearson on 12/7/2021 at 1:30 p.m. (Court Reporter: Mary Uphold); Time: 1 Hour 14 Minutes. (JLG) (Entered: 07/22/2021) |
| 07/22/2021 | 23 | **IMPORTANT:** Notice as to Defendant Laroscoe Elliott. Sentencing is set for 12/7/2021 at 1:30 p.m. in Courtroom 351 before Judge Benita Y. Pearson. The parties shall, no later than 7 days prior to sentencing, file with the Court any information required by the Court and any information the parties intend to rely upon at the time of sentencing. Copies of any sentencing memorandum filed by any party shall be contemporaneously served upon all other parties and upon the U.S. Pretrial Services and Probation Officer. If such a memorandum is filed, a response may be filed no later than 3 days prior to sentencing. If a continuance of the sentencing is needed, a written motion to continue must be filed. Counsel are instructed to confer and agree on at least 3 proposed dates and include them in the motion for continuance. *See* Notice for additional information and requirements. (JLG) (Entered: 07/22/2021) |
| 11/15/2021 | 25 | Unopposed **Motion** to continue sentencing hearing by Laroscoe Elliott (1). (Thompson, Darin) (Entered: 11/15/2021) |

| | | |
|---|---|---|
| 11/17/2021 | | **Order** [non-document] granting in part Defendant Laroscoe Elliott's 25 Unopposed Motion to Continue Sentencing Hearing. As the Court is unable to accommodate the proposed dates for rescheduling, Sentencing is reset for 3/17/2022 at 1:30 p.m. in Courtroom 351 before Judge Benita Y. Pearson. Judge Benita Y. Pearson on 11/17/2021. Related document(s) 23 . (JLG) (Entered: 11/17/2021) |
| 02/11/2022 | 26 | Unopposed **Motion** to continue Sentencing Hearing by Laroscoe Elliott (1). (Thompson, Darin) (Entered: 02/11/2022) |
| 02/16/2022 | | **Order** [non-document] granting Defendant Laroscoe Elliott's 26 Unopposed Motion to Continue Sentencing Hearing. Sentencing is reset for 5/19/2022 at 3:00 p.m. in Courtroom 351 before Judge Benita Y. Pearson. Judge Benita Y. Pearson on 2/16/2022. (JLG) (Entered: 02/16/2022) |
| 05/05/2022 | 29 | Unopposed **Motion** to continue Sentencing Hearing by Laroscoe Elliott (1). (Thompson, Darin) (Entered: 05/05/2022) |
| 05/10/2022 | 30 | **Motion** for Leave to File *Sentencing Memorandum Under Seal* by Laroscoe Elliott (1). (Thompson, Darin) (Entered: 05/10/2022) |
| 05/11/2022 | 31 | **Order** For the reasons set forth herein, Defendant Laroscoe Elliott's 29 Unopposed Motion to Continue Sentencing Hearing is granted in part. Sentencing is reset for 6/29/2022 at 1:30 p.m. in Courtroom 351 before Judge Benita Y. Pearson. Defendant may request placement close to his family. Judge Benita Y. Pearson on 5/11/2022. (JLG) (Entered: 05/11/2022) |
| 05/11/2022 | 32 | **Order** For the reasons set forth herein, Defendant Laroscoe Elliott's 30 Motion for Leave to File Sentencing Memorandum Under Seal is granted in part. The entire memorandum may not be filed under seal. Only that truly believed to be confidential shall be filed under seal. Judge Benita Y. Pearson on 5/11/2022. (JLG) (Entered: 05/11/2022) |
| 05/19/2022 | 33 | **Motion** for Forfeiture of Property *(Preliminary)* by United States of America as to Laroscoe Elliott (1). (Attachments: # 1 Proposed Order (Preliminary))(Morford, James) (Entered: 05/19/2022) |
| 06/06/2022 | 34 | **Preliminary Order of Forfeiture** as to Defendant Laroscoe Elliott. Judge Benita Y. Pearson on 6/6/2022. Related document(s) 33 . (JLG) (Entered: 06/06/2022) |
| 06/21/2022 | 35 | Sentencing Memorandum by Laroscoe Elliott (1) (Thompson, Darin) (Entered: 06/21/2022) |
| 06/21/2022 | 36 | **SEALED Document:** *Defendant's Sealed Supplement to His Sentencing Memorandum* filed by Laroscoe Elliott. Related document(s) 32 , 35 . (Attachments: # 1 Exhibit A - Psych Report, # 2 Exhibit B - Rindsberg CV)(Thompson, Darin) (Entered: 06/21/2022) |
| 06/29/2022 | | **Minutes of proceedings** [non-document] before Judge Benita Y. Pearson. Sentencing as to Defendant Laroscoe Elliott held on 6/29/2022. Defendant Laroscoe Elliott was present and represented by Assistant Federal Public Defender Darin Thompson; Assistant U.S. Attorney Adam J. Joines was present on behalf of the Government; and U.S. Pretrial Services and Probation Officer Logan E. Stockton and Supervising U.S. Pretrial Services and Probation Officer Kimberly A. Wessel were also present. Defendant sentenced to the custody of the Bureau of Prisons for a term of 60 months as each of Counts 1 and 2 of the Indictment, each such term to be served concurrently. Upon release, Defendant shall serve a 3-year term of supervised release as to each of Counts 1 and 2 of the Indictment, each such term to be served concurrently, with standard and special conditions of supervision imposed. The Court waives the fine in this case. Defendant shall pay a $200.00 special assessment as to Counts 1 and 2 of the Indictment, which is due immediately. Defendant remanded to the custody of the U.S. Marshals Service. (Court Reporter: Sarah Nageotte); Time: 1 Hour 17 Minutes. (JLG) (Entered: 06/29/2022) |

| | | |
|---|---|---|
| 06/29/2022 | 37 | **Criminal Judgment** as to Defendant Laroscoe Elliott. Defendant sentenced to the custody of the Bureau of Prisons for a term of 60 months as each of Counts 1 and 2 of the Indictment, each such term to be served concurrently. Upon release, Defendant shall serve a 3-year term of supervised release as to each of Counts 1 and 2 of the Indictment, each such term to be served concurrently, with standard and special conditions of supervision imposed. The Court waives the fine in this case. Defendant shall pay a $200.00 special assessment as to Counts 1 and 2 of the Indictment, which is due immediately. Judge Benita Y. Pearson on 6/29/2022. (JLG) (Entered: 06/29/2022) |
| 07/07/2022 | 39 | **Motion** for extension of time until August 12, 2022 to file a Notice of Appeal by Laroscoe Elliott (1). (Thompson, Darin) (Entered: 07/07/2022) |
| 07/07/2022 | 40 | **Motion** for Darin Thompson, Khalida Sims Jackson and the Office of the Federal Public Defender to withdraw as attorney and **Motion** to Appoint Counsel *for Appeal* by Laroscoe Elliott (1). (Thompson, Darin) (Entered: 07/07/2022) |
| 07/12/2022 | 41 | CJA-23 Financial Affidavit by Defendant Laroscoe Elliott. (JLG) (Entered: 07/12/2022) |
| 07/13/2022 | 42 | **Order** granting Defendant Laroscoe Elliott's 39 Motion for Extension of Time until 8/12/2022 to File Notice of Appeal. Judge Benita Y. Pearson on 7/13/2022. (JLG) (Entered: 07/13/2022) |
| 07/13/2022 | 43 | **Order** granting defense attorneys Darin Thompson, Khalida Sims Jackson, and the Office of the Federal Public Defender's 40 motion to withdraw as counsel for Defendant Laroscoe Elliott. The Court will appoint CJA counsel to represent Defendant on appeal. Judge Benita Y. Pearson on 7/13/2022. (JLG) (Entered: 07/13/2022) |
| 07/13/2022 | | CJA 20 Appointment [non-document] of Attorney Richard P. Kutuchief for Defendant Laroscoe Elliott. Counsel is reminded of their obligation to report significant changes in Defendant's employment or financial circumstances sufficient to enable Defendant to pay, in whole or in part, for legal representation. CJA Plan, Part IV (D)(2). Judge Benita Y. Pearson on 7/13/2022. (JLG) (Entered: 07/13/2022) |
| 08/05/2022 | 44 | **NOTICE OF APPEAL** to the Sixth Circuit Court of Appeals from the 37 Judgment of 6/29/22, filed by Laroscoe Elliott (1). Counsel is court appointed (Kutuchief, Richard) (Entered: 08/05/2022) |
| 08/05/2022 | 45 | Transcript Request by Laroscoe Elliott (1) for proceedings held on June 29, 2022 before Judge Benita Y. Pearson, re 44 Notice of Appeal - Final Judgment. Court Reporter: Sarah Nageotte. Transcript required for appeal. (Kutuchief, Richard) (Entered: 08/05/2022) |
| 08/08/2022 | | Acknowledgment from USCA for the Sixth Circuit of receipt of 44 Notice of Appeal as to Laroscoe Elliott (USCA# 22-3662). Date filed in USCA 8/5/22. (H,SP) (Entered: 08/08/2022) |
| 08/23/2022 | 46 | Transcript Request by Laroscoe Elliott (1) for proceedings held on 6/29/2022 before Judge Pearson, re 44 Notice of Appeal - Final Judgment. Court Reporter: Sarah Nageotte. Transcript required for appeal. (Adams, Lauren) (Entered: 08/23/2022) |
| 08/26/2022 | | CJA 24 [non-document] Authorization to Prepare Transcript as to Defendant Laroscoe Elliott. Court Reporter: Sarah Nageotte. Judge Benita Y. Pearson on 8/26/2022. (JLG) (Entered: 08/26/2022) |
| 08/29/2022 | | Transcript Order as to Laroscoe Elliott (1) received by court reporter Sarah Nageotte. Estimated number of pages: 60. Related Document 45 , 46 Transcript Order received on 8/5/2022. Financial arrangements made on 8/29/2022. Estimated completion date is 9/29/2022. (N,SE) (Entered: 08/29/2022) |

| | | |
|---|---|---|
| 09/14/2022 | 47 | Transcript of Sentencing Proceedings held 6/29/2022 before District Judge Benita Y. Pearson filed as to Laroscoe Elliott (1), re 45 Transcript Request - Appeal, 46 Transcript Request - Appeal. To obtain a copy of this transcript please contact Court Reporter Sarah Nageotte at Sarah_Nageotte@ohnd.uscourts.gov. [61 pages]. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties requesting that privacy information be redacted must file a notice of intent to redact with the court by 9/21/2022. Redaction Request due 10/5/2022. Redacted Transcript Deadline set for 10/17/2022. Release of Transcript Restriction set for 12/13/2022. (N,SE) (Entered: 09/14/2022) |
| 09/16/2022 | | CJA 24 [non-document] as to Defendant Laroscoe Elliott: Authorization to Pay Court Reporter Sarah E. Nageotte for Transcript. Judge Benita Y. Pearson on 9/16/2022. (JLG) (Entered: 09/16/2022) |
| 11/17/2022 | 48 | Transcript Request by United States of America as to Laroscoe Elliott (1) for proceedings held on 06-29-22 before Judge Benita Y. Pearson, re 44 Notice of Appeal - Final Judgment. Court Reporter: Sarah Nageotte. Transcript required for appeal. (Joines, Adam) (Entered: 11/17/2022) |
| 01/12/2023 | 49 | FILING ERROR, document is for Sixth Circuit case. Notice *of 21 Days to file Brief and Certificate of Service* as to Laroscoe Elliott (1) (Kutuchief, Richard). Modified on 1/13/2023 for filing error (H,SP). (Entered: 01/12/2023) |
| 03/22/2023 | 50 | Transcript Request by Laroscoe Elliott (1) for proceedings held on 7/22/2021 before Judge Pearson, re 44 Notice of Appeal - Final Judgment. Court Reporter: Mary Uphold. Transcript required for appeal. (Adams, Lauren) (Entered: 03/22/2023) |
| 03/23/2023 | | CJA 24 [non-document] Authorization to Prepare Transcript as to Defendant Laroscoe Elliott. Court Reporter: Mary Uphold. Judge Benita Y. Pearson on 3/23/2023. (JLG) (Entered: 03/23/2023) |
| 04/10/2023 | 51 | **Motion** for Forfeiture of Property *(Final)* by United States of America as to Laroscoe Elliott (1). (Attachments: # 1 Proposed Final Order of Forfeiture)(Morford, James) (Entered: 04/10/2023) |
| 04/19/2023 | 52 | Transcript of Change of Plea filed as to Laroscoe Elliott (1) for date of 7/22/21 before Judge Benita Y. Pearson, re 50 Transcript Request - Appeal. To obtain a bound copy of this transcript please contact Court Reporter Mary L. Uphold, Telephone number (330) 884-7424 or mary_uphold@ohnd.uscourts.gov. [59 pages]. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties requesting that privacy information be redacted must file a notice of intent to redact with the court by 4/26/2023. Redaction Request due 5/10/2023. Redacted Transcript Deadline set for 5/20/2023. Release of Transcript Restriction set for 7/18/2023. (U,ML) (Entered: 04/19/2023) |
| 04/25/2023 | | CJA 24 [non-document] as to Defendant Laroscoe Elliott: Authorization to Pay Court Reporter Mary L. Uphold for Transcript. Judge Benita Y. Pearson on 4/20/2023. (JLG) (Entered: 04/25/2023) |
| 04/25/2023 | 53 | **Final Order of Forfeiture** as to Defendant Laroscoe Elliott. Judge Benita Y. Pearson on 4/25/2023. Related document(s) 51 . (JLG) (Entered: 04/25/2023) |
| 11/29/2023 | 55 | True Copy of mandate from USCA for the Sixth Circuit: Affirming the District Court's judgment as to Laroscoe Elliott (1) re 44 Notice of Appeal (USCA# 22-3662). Date issued as mandate 11/27/23; Costs: None (H,SP) (Entered: 11/29/2023) |

| | | |
|---|---|---|
| 01/02/2024 | 56 | **Motion** to Reduce Sentence - 821 Amendment, **Motion** to Appoint Counsel by Laroscoe Elliott (1). (Attachments: # 1 Envelope)(L,Br) (Entered: 01/03/2024) |
| 01/29/2024 | 57 | Notice of Appearance of Attorney - Andrew Byrd appearing for Laroscoe Elliott (1) (Byrd, Andrew) (Entered: 01/29/2024) |
| 01/29/2024 | 58 | Notice *of Intent not to Supplement Pro Se Motion* as to Laroscoe Elliott (1) (Byrd, Andrew) (Entered: 01/29/2024) |
| 01/31/2024 | 59 | **Response** by United States of America in opposition to **Motion** to Reduce Sentence - 821 Amendment, **Motion** to Appoint Counsel 56 as to Laroscoe Elliott (1) (Toepfer, David) (Entered: 01/31/2024) |
| 06/21/2024 | 60 | **Order** denying Defendant Laroscoe Elliott's *Pro Se* 56 Motion to Reduce Sentence - 821 Amendment. Judge Benita Y. Pearson on 6/21/2024. (JLG) (Entered: 06/21/2024) |
| 06/21/2024 | | Copy of 60 Order mailed to Defendant Laroscoe Elliott #27467-509, USP Canaan, P.O. Box 300, Waymart, PA 18472 on 6/21/2024. (JLG) (Entered: 06/21/2024) |

| DATE 09/22/2025 | U. S. Pretrial Services and Probation Office Northern District of Ohio | **VIOLATION REPORT Warrant Request** | | PROB 12C (Rev. 11/2017) |
|---|---|---|---|---|
| **NAME** ELLIOTT, Laroscoe | | **PACTS** 7220663 | **JUDGE** PEARSON | **DOCKET #** 1:20CR00685-001 |
| **SENTENCE DATE** 06/29/2022 | **SUPERVISION TYPE** TSR | **CRIMINAL HIST** VI | **OFFENSE LEV** 23 | **PHOTO** |
| **ASST. U.S. ATTORNEY** Adam J. Joines adam.joines@usdoj.gov 216-622-3929 | **DEFENSE ATTORNEY** PRO SE | | | |
| **REPORT PURPOSE** **JUDICIAL RESPONSE REQUESTED** | | | | |
| **ORIGINAL OFFENSE** **Counts 1 and 2:** 18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm and Ammunition, Class C felonies. | | | | |
| **SENTENCE DISPOSITION** 60 months custody of the Bureau of Prisons, followed by 3 years of supervised release (commenced 06/13/2025). | | | | |
| **ORIGINAL SPECIAL CONDITIONS** 1. Mandatory/Standard Conditions. 2. Mandatory Drug Testing. 3. GED (obtained 03/28/2025). 4. Substance Use Treatment and Testing. 5. Mental Health Treatment. 6. Mental Health Medications 7. Anger Management (completed 07/25/2024). 8. Search and Seizure. 9. Gang Restriction. 10. DNA (collected 08/10/2022). | | | | |

The probation officer believes that the person on supervision has violated the following condition(s) of supervision:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1. | **New Law Violation:** On 09/16/2025, Mr. Elliott was arrested by the Huntington, West Virginia Police Department and subsequently charged in the Magistrate Court of Cabell County, West Virginia with one (1) count of: Controlled Substance - Manufacture or Possess with Intent to Deliver Scheduled I or II Narcotic or Meth, a Felony level offense, Case Number 25-M06F-00747. |
| 2. | **Violation of Standard Condition #3 / You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer:** As evident of Mr. Elliott's arrest in West Virginia on 09/16/2025, he violated this standard condition of supervision as he did not have approval to travel outside of the district. |
| 3. | **Violation of Standard Condition #8 / You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the** |

1

| DATE<br>09/22/2025 | U. S. Pretrial Services<br>and Probation Office<br>Northern District of Ohio | **VIOLATION REPORT**<br>**Warrant Request** | PROB 12C<br><br>(Rev. 11/2017) |
|---|---|---|---|
| NAME<br>ELLIOTT, Laroscoe | PACTS<br>7220663 | JUDGE<br>PEARSON | DOCKET #<br>1:20CR00685-001 |
| | **permission of the probation officer:** Mr. Elliott was a passenger in the car during his arrest on 09/16/2025 for the above noted charge (**Alleged Violation #1**). The driver of the vehicle was also arrested and was discovered to be a convicted felon currently on supervised release in the Southern District of West Virginia. | | |

**ADJUSTMENT TO SUPERVISION**

This report has been prepared to request that a warrant be issued for Mr. Elliott. This is the second report submitted to the Court regarding Mr. Elliott since supervision has commenced. The first report was recently submitted on September 5, 2025, which was a report completed by the undersigned officer to provide an update on Mr. Elliott's progress since commencing supervision and to formally request a Status Hearing. As of the date of this report, a Status Hearing has not been scheduled.

Please be aware of the following:

**Violation #1 – New Law Violation:** On September 16, 2025, Mr. Elliott was arrested by the Huntington, West Virginia Police Department and subsequently charged in the Magistrate Court of Cabell County, West Virginia with one (1) count of: Controlled Substance - Manufacture or Possess with Intent to Deliver Scheduled I or II Narcotic or Meth, a Felony level offense, Case Number 25-M06F-00747. The following is a summary of the incident that led to Mr. Elliott's arrest as report by the Huntington Police Department:

"*On September 16, 2025, at approximately 4:05 PM, members of the Huntington Police Department Patrol Bureau and Huntington Violent Crime Drug Task Force conducted a traffic stop on a Blue Subaru Crosstrek at 286 Norway Avenue Rear Huntington, Cabell County WV after observing it exceeding the posted speed limit on Norway Avenue. An officer safety pat down was conducted on the defendant upon his exiting of the vehicle. During the pat down, a solid object, not consistent with human anatomy, was felt in the defendant's buttock area. The object was recovered from the defendant and found to be a plastic baggie containing a white chunky substance, suspected to be crack cocaine. The substance was transported to the Huntington Police Department where it was found to weigh approximately 14.9 grams total packaged weight. The substance was field tested which yielded positive results for cocaine.*"

Mr. Elliott appeared before the Magistrate Court of Cabell County in West Virginia for an initial appearance on September 16, 2025. Mr. Elliott was given a cash bond of $15,000 and a preliminary hearing has been scheduled for September 23, 2025, at 10:30 AM. As of the date of this report, Mr. Elliott has not posted bond. The undersigned officer will continue to monitor this pending charge and provide updates to the Court.

**Violation #2 – Violation of Standard Condition #3 / You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer:** As evident of Mr. Elliott's arrest in West Virginia on September 16, 2025, he violated this standard condition of supervision as he did not have approval to travel outside of the Northern District of Ohio.

| DATE<br>09/22/2025 | U. S. Pretrial Services and Probation Office<br>Northern District of Ohio | **VIOLATION REPORT**<br>**Warrant Request** | PROB 12C<br>(Rev. 11/2017) |
|---|---|---|---|

| NAME<br>ELLIOTT, Laroscoe | PACTS<br>7220663 | JUDGE<br>PEARSON | DOCKET #<br>1:20CR00685-001 |
|---|---|---|---|

**Violation #3 – Violation of Standard Condition #8 / You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer:** Mr. Elliott was a passenger in the car during his arrest on September 16, 2025, for the above noted charge (**Alleged Violation #1**). The driver of the vehicle (Jabar Sellers, DOB:          ) was also arrested and was discovered to be a convicted felon currently on supervised release in the Southern District of West Virginia. The undersigned officer checked with the supervising officer for Mr. Sellers and was advised that he does not have any known security threat groups or gang affiliations. Mr. Sellers is on supervised release for Felon in Possession of a Firearm.

The following summarizes Mr. Elliott's response to supervision and his activities:

**Residential Stability:** Mr. Elliott resides with his mother and brother at 3328 East 135th Street, Cleveland, Ohio, 44120. Mr. Elliott has been residing there since July 2025. Upon commencement of supervision until July 2025, Mr. Elliott resided with his mother and brother at 4133 East 135th Street, Cleveland, Ohio, 44128.

**Employment Stability:** Mr. Elliott is currently unemployed. Prior to his incarceration, Mr. Elliott reported that he received Social Security disability benefits. Mr. Elliott has completed the application and phone interview in his attempt to receive a determination of his benefits being reinstated. Mr. Elliott advised the undersigned officer that he was working "under the table" at a smoke shop upon commencing supervision, but the shop closed.

Mr. Elliott has expressed an interest in going to college to pursue a degree in sound engineering or vocational skill/trade. The undersigned officer has encouraged Mr. Elliott to pursue these educational goals and vocational skill opportunities. The undersigned officer has shared community resources with Mr. Elliott for opportunities to enroll and participate in vocational skill or trade programs. As of the date of this report, Mr. Elliott has not verified that he has enrolled in any of the programs or enrolled in college. The undersigned officer will continue to assist with addressing any barriers to enrolling in educational/vocational training and continue to share job and vocational skill leads with Mr. Elliott.

**Mandatory/Standard Conditions:** Mr. Elliott has not been discovered to have violated any additional mandatory or standard conditions not already reported.

**Mandatory Drug Testing:** Mr. Elliott has submitted four (4) negative drug screens since supervision has commenced, the last being on September 11, 2025.

**GED:** Mr. Elliott obtained his GED while in the Bureau of Prisons on March 28, 2025. Correspondence from the Bureau of Prisons conformed this and upon commencing supervision, Mr. Elliott showed the undersigned officer his GED certificate during a home contact.

**Substance Use Treatment and Testing:** Mr. Elliott completed an integrated (substance use and mental health) assessment at Community Assessment and Treatment Services (CATS) on July 8, 2025. Upon completion of the assessment, a substance use diagnosis or recommendations were not

| DATE<br>09/22/2025 | U. S. Pretrial Services<br>and Probation Office<br>Northern District of Ohio | **VIOLATION REPORT**<br>**Warrant Request** | PROB 12C<br>(Rev. 11/2017) |
|---|---|---|---|
| NAME<br>ELLIOTT, Laroscoe | PACTS<br>7220663 | JUDGE<br>PEARSON | DOCKET #<br>1:20CR00685-001 |

made. Mr. Elliott has submitted four (4) negative drug screens since supervision has commenced, the last being on September 11, 2025.

**Mental Health Treatment and Medications:** Upon commencing supervision, Mr. Elliott experienced severe mental health symptoms which led to seek hospitalization. Mr. Elliott was admitted into the psychiatric unit at Metro Health Hospital, Cleveland Heights location, from June 20, 2025, until June 23, 2025. The primary diagnosis for Mr. Elliott at the time of his arrival was psychosis, unspecified, and antisocial personality disorder. Mr. Elliott was treated for the psychosis during his hospitalization and was released with two (2) prescriptions to treat his mental health (Depakote and Zyprexa).

As noted above, Mr. Elliott completed an integrated (substance use and mental health) assessment at Community Assessment and Treatment Services (CATS) on July 8, 2025. Upon completion of the assessment, he was diagnosed with an unspecified schizophrenia spectrum and other psychotic disorder. He was not recommended for any services outside of medication monitoring. Mr. Elliott completed a psychiatric evaluation on August 5, 2025. He diagnosed with PTSD, and schizophrenia, unspecified. Mr. Elliot was continued on Depakote, Zyprexa and prescribed an additional medication, Remeron, to also treat his mental health diagnoses. On September 11, 2025, Mr. Elliott advised the undersigned officer that he did not pick up his Remeron medication that was recently prescribed. The undersigned officer will continue to monitor his compliance with taking his medications as prescribed.

**Anger Management:** Mr. Elliott completed an anger management course while in the Bureau of Prisons on July 25, 2024. Correspondence from the Bureau of Prisons noted that he participated in the program, and upon commencing supervision, Mr. Elliott verified his completion of the class by showing the undersigned officer a copy of his completion certificate.

**Gang Restriction:** Mr. Elliott has not been discovered to have violated this special condition by associating with any members of the Heartless Felons or Longwood Assassins.

**Search and Seizure:** This special condition has not been utilized with Mr. Elliott.

**Additional Supervisory Notes:** Mr. Elliott is on State supervision with the Adult Parole Authority (APA), with a maximum expiration date of October 6, 2025. Mr. Elliott's State officer is aware of his arrest and advised the undersigned officer that she would provide updates on how this affects his supervision with their agency as he is close to expiring.

**Plan of Action:** Mr. Elliott is currently detained in the Western Regional Jail in Barboursville, West Virginia awaiting his appearance for a preliminary hearing scheduled for September 23, 2025. A warrant is respectfully being requested to serve as a detainer, so when Mr. Elliott becomes available, he can be transferred into Federal custody so that his noncompliance can be addressed.

Pursuant to *U.S. v. Booker and U.S. v Fanfan*, the following United States Sentencing Guideline applications are being provided to the Court solely for advisory purposes.

**SENTENCING OPTIONS**
**Statutory Provisions:** If the person on supervision violates a condition of supervised release, the Court may extend the term of supervised release and may modify, reduce or enlarge the conditions, 18 U.S.C. § 3583(e)(2) or revoke the term of supervised release, 18 U.S.C. § 3583(e)(3), or place a person on supervision under electronic monitoring (only as a special condition), 18 U.S.C. §

4

| DATE<br>09/22/2025 | U. S. Pretrial Services and Probation Office<br>Northern District of Ohio | **VIOLATION REPORT**<br>**Warrant Request** | PROB 12C<br><br>(Rev. 11/2017) |
|---|---|---|---|
| **NAME**<br>ELLIOTT, Laroscoe | **PACTS**<br>7220663 | **JUDGE**<br>PEARSON | **DOCKET #**<br>1:20CR00685-001 |

3583(e)(4).

The PROTECT Act, which went into effect April 30, 2003, allows no adjustment for prison time for any previous revocation of supervised release. The permissible length of a new term of supervised release (TSR) is the authorized term of supervised release for the original offense minus the custody term imposed for any revocation. No credit is given for street time.

If the Court finds that the person on supervision has violated a condition of supervised release and decides to impose a term of imprisonment, it must consider, but can disregard, the policy statements in effect on the date the person under supervision is sentenced, 18 U.S.C. § 3553(a)(4)(B) and impose a sentence of imprisonment up to the statutory maximum. The statutory maximum in this case is 2 years, as the offenses of conviction are Class C felonies (Counts 1 and 2).

If the Court revokes supervised release and imposes a term of imprisonment that is less than the statutory maximum term of supervised release, it may, pursuant to 18 U.S.C. § 3583(h), reimpose a term of supervised release. As the offenses of conviction are Class C felonies, the term of supervised release shall not exceed 3 years on Counts 1 and 2, 18 U.S.C. § 3583(b)(2), less any term of imprisonment imposed upon revocation, 18 U.S.C. §3583(h).

**Guidelines Provisions:** Application of policy statements found in Chapter 7 of the Guideline Manual result in a revocation range of imprisonment of 21 to 27 months, U.S.S.G. § 7B1.4(a). The range of imprisonment is based on the most serious violation alleged being a Grade B violation, U.S.S.G. § 7B1.1(a)(1) and the person on supervision having a Criminal History Category of VI, U.S.S.G. § 7B1.4, Application Note 1.

If the Court revokes supervised release and imposes a term of imprisonment, it may reimpose up to 3 years of supervised release, less any term of imprisonment imposed upon revocation of supervised release, U.S.S.G. § 7B1.3(g)(2). A Violation Worksheet is attached.

Pursuant to U.S.S.G. § 7B1.3(a)(1), upon a finding of a Grade A or B violation, the Court shall revoke supervised release.

Pursuant to U.S.S.G. § 7B1.3(a)(2), upon a finding of a Grade C violation, the Court may revoke, extend or modify the conditions of supervised release. Guideline 7B1.3(c) provides sentencing options for persons under supervision who fall into Zones B and C of the sentencing table. Those options include sentences of imprisonment that include terms of supervised release with conditions that substitute community confinement or home detention pursuant to Guideline 5C1.1(c) or (d).

Pursuant to U.S.S.G. § 7B1.3(d), any restitution, fine, community confinement, home detention, or intermittent confinement previously imposed in connection with the sentence for which revocation is ordered that remains unpaid or unserved at the time of revocation shall be ordered to be paid or served in addition to the sanction determined under Guideline 7B1.4 (Term of Imprisonment), and any such unserved period of community confinement, home detention, or intermittent confinement may be converted to an equivalent period of imprisonment.

Pursuant to U.S.S.G. § 7B1.3(f), any term of imprisonment imposed upon the revocation of probation

| DATE<br>09/22/2025 | U. S. Pretrial Services and Probation Office<br>Northern District of Ohio | **VIOLATION REPORT**<br>**Warrant Request** | PROB 12C<br>(Rev. 11/2017) |
|---|---|---|---|
| **NAME**<br>ELLIOTT, Laroscoe | **PACTS**<br>7220663 | **JUDGE**<br>PEARSON | **DOCKET #**<br>1:20CR00685-001 |

or supervised release shall be ordered to be served consecutively to any sentence of imprisonment that the person under supervision is serving, whether the sentence of imprisonment being served resulted from the conduct that is the basis of the revocation of probation or supervised release.

*This completes the text of the report. Proceed to the signature page.*

| I declare under penalty of perjury that the foregoing is true and correct.<br>**U.S. PRETRIAL SERVICES & PROBATION OFFICER**<br><br>*[signature]*<br><br>Alfred Preston, Jr.<br>216-357-7332 | **DISTRIBUTION**<br><br>COURT          CPO |
|---|---|
| **SUPERVISING U.S. PRETRIAL SERVICES & PROBATION OFFICER**<br><br>*[signature]*<br><br>Matti M. Liebler<br>216-357-7378 | **PROBATION ROUTING**<br><br>Data Entry          Data Collections |

## RECOMMENDING TO THE COURT

- ☐ Supervision to be Continued
- ☒ To issue a Warrant
- ☐ To issue a Summons
- ☐ Follow-up report to an Emergency Warrant issued

**THE COURT ORDERS:**

- ☐ The issuance of a Warrant.
- ☐ The issuance of a Summons.
- ☐ The request is denied.
- ☐ Supervision to be Continued.
- ☐ The referral of this case to the Magistrate Judge as designated by the Clerk's Office to conduct the appropriate proceedings, except for sentencing, if sentencing is necessary. If a revocation hearing is required, the assigned Magistrate Judge is to conduct the hearing and then file a report and recommendation.

    Magistrate Judge Assigned ___ Choose an item.

- ☐ Alternative Judicial Order (Please Specify)

_____
Signature of Judicial Officer          Date

6

LIMITED OFFICIAL USE



**U.S. Department of Justice**
United States Marshals Service

**Detainer**
Printed on: 09/22/2025 07:11 EDT
Page 1 of 1

# DETAINER
## BASED ON VIOLATION OF PROBATION AND/OR SUPERVISED RELEASE

United States Marshal
NORTHERN OHIO
(District)
Ohio US
(Return Address and Phone)

**TO**
West Virginia Division Of Corrections And Rehabilitation
1409 Greenbrier St
Charleston, WV 25311, US

**REMARKS**
Please sign and return upon receipt of detainer.

| | |
|---|---|
| Date: | 09/22/2025 |
| Subject: | ELLIOTT, LAROSCOE |
| AKA: | |
| DOB/SSN: | |
| Local #: | |
| FID/USMS #: | 11193428 / 27467-509 |
| CR #: | 1:2020-CR-00685 |

Please accept this Detainer against the above-named subject who is currently in your custody. The United States District Court for the **NORTHERN DISTRICT OF OHIO** has issued an **arrest warrant** charging the subject with **violation of the conditions of probation and/or supervised release.**

Prior to the subject's release from your custody, please notify this office at once so that we may assume custody if necessary. If the subject is transferred from your custody to another detention facility, we request that you forward our Detainer to said facility at the time of transfer and advise this office as soon as possible.

The notice and speedy trial requirements of the Interstate Agreement on Detainers Act do NOT apply to this Detainer, which is based on a **Federal probation/supervised release violation warrant.**

Please acknowledge receipt of this Detainer. Please provide one copy of this Detainer to the subject and fax or email one copy to this office to _____.
(Fax No. or Email)

**RECEIPT**

| | |
|---|---|
| Date/Time: | 22 September 2025  1925 |
| Signed: | NBerent |
| By: | Berent |
| Title: | Sergeant |

**U.S Marshal**
Peter J. Elliott

**Requested By**
AEPPLI, KELSEY
MARIAN

**Date/Time**
09/22/2025 at 07:08 EDT

AO 442 (Rev/11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
## Northern District of Ohio

| United States of America | ) | |
| v. | ) | |
| | ) | Docket Number [0647 1:20CR00685]-[001] |
| Laroscoe Elliott | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Judge without unnecessary delay
*(name of the person to be arrested)* Laroscoe Elliott,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☒ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
New Law Violation in Huntington, West Virginia.
Violation of Standard Conditions (Unauthorized Travel, Interaction with Convicted Felon).


Date  September 22, 2025

/s/ *Benita Y. Pearson*
*Issuing officer's signature*

City and state:   Youngstown        Ohio

Benita Y. Pearson, UNITED STATES DISTRICT JUDGE

*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

*(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: 9/11/25 in person

AO 442 (Rev/11/11) Arrest Warrant

Name: Laroscoe Elliott

Probation ID Number: 7220663

Marshal/Register Number: 27467-509

